IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT CARTER,

    Plaintiff,

v.

WAL-MART STORES, INC., et al.,

    Defendants.

ORDER

Case No. 17-cv-246-jdp

---

Plaintiff Robert Carter has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

Plaintiff also asks to file documents electronically with the court, dkt. #3. Plaintiff may file electronically by visiting the court's website at www.wiwd.uscourts.gov and following the instructions to register for electronic filing in his case.

ORDER

IT IS ORDERED that:

1. Plaintiff Robert Carter's petition for leave to proceed without prepayment of fees, dkt. #2, is GRANTED.

2. Plaintiff may file electronically by following the instructions on the court's website.

3. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must

be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 4th day of April, 2017.

        BY THE COURT:

        /s/
        PETER OPPENEER
        Magistrate Judge