IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT E. CARTER,

    Plaintiff,

v.

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LP, JOHN
MURPHY, MATTHEW MIKESELL, and
SHANNA KANAPS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-246-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, John Murphy, Matthew Mikesell and Shanna Kanaps dismissing plaintiff Robert E. Carter's amended complaint for failure to state a claim upon which relief can be granted.

/s/
Peter Oppeneer, Clerk of Court

8/23/2017
Date